IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BACHICHA, an individual
and SUSAN STANOJEVIC, an
individual,

      Plaintiffs,

vs.                                         No. CIV-10-0710 BB/LAM

BOARD OF EDUCATION of the
Albuquerque Public Schools, PAULA MAES,
in her individual and official capacity as a
member of the Board, and WINSTON
BROOKS, in his individual and official
capacity as Superintendent of Albuquerque
Public Schools,

      Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference re: *Joint Motion for Rule 16 Status Conference* (Doc. 44) |
| DATE AND TIME OF HEARING: | Wednesday, March 9, 2011 @ **2:30 p.m.** |
| LOCATION: | U. S. District Court of New Mexico<br>100 N. Church, Las Cruces, NM, before<br>U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her secretary, Cathy Alvarez, by 11:00 am the day before the hearing if you will be at a telephone number other than the one listed in the court's file.

IT IS SO ORDERED.

                                                    _____
                                                    **LOURDES A. MARTÍNEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**