**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**MICHAEL BACHICHA,**
**SUSAN STANOJEVIC,**

      **Plaintiffs,**

**v.**                                                   **No. 10-cv-710 BB/LAM**

**BOARD OF EDUCATION OF THE ALBUQUERQUE**
**PUBLIC SCHOOLS,**

      **Defendant.**

## **AMENDED ORDER SETTING SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on a telephonic status conference held on July 6, 2012, held to reschedule the Settlement Conference previously set for July 18, 2012. Order Setting Settlement Conference [Doc. 163] at 1. The Court, finding that all parties consent in the matter, and otherwise being fully advised in the premises, FINDS that the Settlement Conference should be rescheduled.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Settlement Conference is rescheduled for **Thursday, July 26 2012, at 9:00 a.m.** in the Cimarron Courtroom, fifth floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

**IT IS FURTHER ORDERED** that, in accordance with the above change in date, the following changes in the deadlines of the previous Order Setting Settlement Conference [Doc. 163] are also in effect:

| | |
|---|---|
| **Plaintiffs' letter and settlement demand due to Defendant:** | July 12, 2012 |
| **Defendant's letter and counteroffer due to Plaintiffs:** | July 16, 2012 |
| **Plaintiffs provide copies of settlement letters to the Court by:** | July 19, 2012 by 5:00 p.m. |
| **Confidential position statement due to the Court:** | July 19, 2012 by 5:00 p.m. |
| **Settlement Conference:** | July 26, 2012, at 9:00 a.m. |

**IT IS FURTHER ORDERED** that all other instructions from the previous Order Setting Settlement Conference [Doc. 163] remain in effect.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**