IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BACHICHA and
SUSAN STANOJEVIC,

    Plaintiffs,

v.                                                                                        No. 10-cv-0710 MCA/LAM

BOARD OF EDUCATION OF THE ALBUQUERQUE
PUBLIC SCHOOLS,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        April 24, 2014, at 10:00 a.m.

**Matter to be heard**:  Status conference to set a settlement conference

A telephonic status conference is hereby set for **April 24, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

_____
  STEPHAN M. VIDMAR
  United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.